UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY KINARD | CIVIL ACTION |
| VERSUS | NO. 10-3386 |
| MICHELLE SMITH | SECTION "J" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE